KEVIN A. ADAMS, State Bar No. 239171
kadams@mortensontaggart.com
SHERRY S. HAMILTON, State Bar No. 262093
shamilton@mortensontaggart.com
MORTENSON TAGGART LLP
300 Spectrum Center Drive, Suite 1100
Irvine, CA 92816-4992
Telephone: (949) 774-2224
Facsimile: (949) 774-2545

Attorneys for Plaintiff
LOLLICUP USA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOLLICUP USA, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EVERGREEN MARINE (UK) LIMITED, doing business as EVERGREEN LINE; and DOES 1 through 10, inclusive,<br><br>Defendants | CASE NO.<br><br>IN ADMIRALTY<br><br>COMPLAINT FOR DAMAGE TO OCEAN CARGO |

COMPLAINT FOR DAMAGE TO OCEAN CARGO

Plaintiff's complaint follows:

1. Plaintiff LOLLICUP USA, INC. ("Plaintiff"), is now, and at all times mentioned herein, a corporation duly organized and existing under and by virtue of the laws of the State of California and was the owner of the cargo that is the subject of this action.

2. Plaintiff is informed and believes, and on the basis of that information and belief alleges that, EVERGREEN MARINE (UK) LIMITED, doing business as EVERGREEN LINE, an entity of unknown form organized and existing under the laws of a foreign country; and DOES 1 to 10, (hereafter "Defendants"), are now, and at all times herein material, were engaged in business as common carriers for hire within the United States and within this judicial district.

3. The true names of Defendants sued herein as DOES 1 through 10, each of whom is responsible for the events and matters herein referred to, and each of whom caused or contributed to the damage herein complained of, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff will amend its complaint to show the true names of said Defendants when the same have been ascertained.

4. Plaintiff's complaint contains a cause of action for damage to cargo arising under a statute of the United States, namely the Carriage of Goods by Sea Act, 46 U.S.C. § 1300, *et seq.*, and is therefore within the jurisdiction of this Court pursuant to 28 U.S.C. § 1331, as more fully appears herein. Additionally, the Court has admiralty jurisdiction pursuant to 28 U.S.C. § 1333. Venue is proper under 28 U.S.C. § 1391(b).

5. This is a cause of action for damage to ocean cargo, and is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, as hereinafter more fully appears.

///

///

6. Plaintiff is informed and believes, and on the basis of such information and belief alleges that, on or about December 26, 2020, at Ningbo, China, Defendants, and each of them received a shipment of plastic kitchen ware and plastic lids for carriage under bill of lading number 143081111703, issued by and/or on behalf of said Defendants. Defendants, and each of them, agreed, under contracts of carriage and in return for good and valuable consideration, to carry said cargo from Ningbo, China to Los Angeles, CA, and there deliver said cargo to the lawful holder of the aforementioned bill of lading, and others, in the same good order, condition, and quantity as when received.

7. Thereafter, in breach of and in violation of said agreements, Defendants, and each of them did not deliver said cargo in the same good order, condition, and quantity as when received at Ningbo, China. To the contrary, Defendants, and each of them, did not deliver any part of the shipment as they claim to have dropped the shipment into the sea. As a result, the value of the cargo, totaling $16,861.32, was a total loss to Plaintiff.

8. Plaintiff has therefore been damaged in the sum of $16,861.32, or another amount according to proof at trial, no part of which has been paid, despite demand therefor.

9. Pursuant to section 14(4) of the aforementioned bill of lading, Plaintiff is entitled to court costs, expenses and reasonable attorney's fees incurred in connection with this action.

///
///
///
///
///
///
///

MORTENSON
TAGGART LLP

COMPLAINT FOR DAMAGE TO OCEAN CARGO

1  WHEREFORE, Plaintiff prays that this Court enter judgment in its favor
2  and against Defendants, and each of them; that this Court decree payment by
3  Defendants, and each of them, to Plaintiff in the sum of $16,861.32, together with
4  prejudgment interest thereon, attorneys' fees, and costs of suit herein; and that
5  Plaintiff have such other and further relief as in law and justice it may be entitled
6  to receive.

DATED:  April 14, 2021         MORTENSON TAGGART LLP

By: _____
Kevin A. Adams
Attorneys for Defendants
Lollicup USA, Inc.