JS-6

ALAN NAKAZAWA, State Bar No. 84670
alan.nakazawa@cwn-law.com
COLLIER WALSH NAKAZAWA LLP
One World Trade Center, Suite 1860
Long Beach, California 90831
Telephone: (562) 317-3300
Facsimile: (562) 317-3399

Attorney for Defendant
EVERGREEN MARINE (UK)
LIMITED doing business as
EVERGREEN LINE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOLLICUP USA, INC. a California Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>EVERGREEN MARINE (UK) LIMITED, doing business as EVERGREEN LINE: and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 5:21-CV-00665 JGB (KKx)<br><br>Judge: Hon. Jesus G. Bernal<br><br>**IN ADMIRALTY**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

## ORDER

The parties have submitted a Joint Stipulation of Dismissal of Plaintiff's Complaint with Prejudice (Dkt. No. 13, "Stipulation").  The Stipulation states that the parties have agreed to a dismissal of this action with prejudice.  Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Stipulation sufficed to dismiss this action without any action on the part of the Court.  Since this Stipulation states that the dismissal is with prejudice, the dismissal is indeed with prejudice.  See Federal Rule of Civil Procedure 41(a)(1)(B).  Accordingly, the Court acknowledges that this action has been DISMISSED with prejudice effective as of the time of the filing of the Stipulation, and the Clerk is directed to close the file.

IT IS SO ORDERED.

DATED: August 27, 2021

Hon. Jesus G. Bernal
UNITED STATES DISTRICT JUDGE